IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ALTON SIMMONS,

                        Plaintiff,

            v.                                          **Judgment in a Civil Case**

SARAH E. JOHNSON; SGT. BUNDY;
ROBIN JONES; COLBERT L. RESPASS;
RICK ANDERSON; HATTIE PIMPONG;
DR. WALKER,

                        Defendants.                     Case Number: 5:11-CT-3154-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for
plaintiff's failure to respond to the court's order.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on August 23, 2012, with service on:
Alton Simmons 0607860, Greene Correctional Center, P.O. Box 39, Maury, NC  28554 (via U.S.
Mail)

August 23, 2012                              /s/ Julie A. Richards
                                             _____
                                             Clerk